1   TIMOTHY J. MCCAFFERY, State Bar No. 154668
     tjm@llcllp.com
2   LEORA R. RAGONES, State Bar No. 215423
     lragones@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
     Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
     Oakland, CA 94612-3541
5   Telephone:   (510) 433-2600
     Facsimile:    (510) 433-2699
6

7   Attorneys for Defendant
     CAL STATE 9 CREDIT UNION

*ORIGINAL*
*FILED*
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  SADIE MARIE FORD, as personal
     representative of CLYDEL PERRY,
12  deceased,

13              Plaintiff,

14        v.

15  CAL STATE 9 CREDIT UNION,
     a California Corporation; and
16  DOES 1 through 20, inclusive,

17            Defendants.

Case No. **C08-03635**

ADR   SC

**DEFENDANT CAL STATE 9 CREDIT
UNION'S NOTICE OF REMOVAL OF
CASE TO FEDERAL COURT**

18

19       Defendant Cal State 9 Credit Union, through its Liquidating Agent the National Credit

20  Union Administration Board, ("Defendant") respectfully alleges as follows:

21         1.     Plaintiff filed a Complaint against Cal State 9 Credit Union on November 29,

22  2007 in the Superior Court of the State of California, County of Alameda, entitled Sadie Marie

23  Ford v. Cal State 9 Credit Union, et al., Case No. RG07358634.  A true and correct copy of the

24  unverified Complaint is attached hereto as Exhibit A.

25         2.     Cal State 9 Credit Union was served with the unverified Complaint on December

26  3, 2007.  See Summons Attached as Exhibit B.

27         3.     Cal State 9 Credit Union filed an Answer to Plaintiff's Unverified Complaint in

28  the Superior Court for the County of Alameda on January 8, 2008.  A copy of the Answer is

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

E-filing

1    attached hereto as Exhibit C.

2        4.    On June 30, 2008, Cal State 9 Credit Union was placed into involuntary

3    liquidation, and the National Credit Union Administration Board was appointed Liquidating

4    Agent of the credit union pursuant to the provisions of 12 U.S.C. §1787(a)(3). A copy of the

5    Notice of Involuntary Liquidation is attached as Exhibit D.

6        5.    By operation of law, the Liquidating Agent succeeds to all rights, titles, powers,

7    and privileges of the credit union. *See* 12 U.S.C. §1787(b)(2)(A)(i). Pursuant to 12 U.S.C.

8    §1789, the Liquidating Agent is empowered to be sued and defend in any court of law or equity,

9    and, accordingly, will move for an order substituting the Liquidating Agent as the defendant in

10   this case.

11       6.    Pursuant to 28 U.S.C. §1446(b), this Notice of Removal, which is filed within 30

12   days of the appointment of the Liquidating Agent is timely.

13       7.    The removal of this claim against Defendant to this Court is proper under

14   28 U.S.C. § 1441(a) because this is a civil action brought in a state court over which the district

15   courts of the United States have original jurisdiction, and this District Court embraces the place

16   in which the state action is pending.

17       8.    This Court has original jurisdiction over this action pursuant to 12 U.S.C.

18   §1789(a)(2). Section 1789(a)(2) provides:

19           All suits of a civil nature at common law or equity to which the
             Board shall be a party shall be deemed to rise under the laws of the
20           United States, and the United States district courts shall have
             original jurisdiction thereof, without regard to the amount in
21           controversy. The Board may, without bond or security, remove any
             such action, suit, or proceeding from a State court to the United
22           States district or division embracing the place where the same is
             pending by following any procedure for removal now or hereafter
23           in effect.

24       9.    Written notice of the filing of this Notice of Removal of the above action is being

25   delivered to plaintiff through counsel of record.

26       10.   A copy of the Notice of Removal of Case to Federal Court that will be filed with

27   the California Superior Court is attached hereto as Exhibit E.

28   ///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

11.    A complete copy of the pleadings from the file of the Superior Court of the State of California, County of Alameda, Sadie Marie Ford v. Cal State 9 Credit Union, et al., Case No. RG07358634, is attached hereto as Exhibit F.

WHEREFORE, Defendant prays that this action be removed to this Court.

DATED: July 29, 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____
           LEORA R. RAGONES
           Attorneys for Defendant
           CAL STATE 9 CREDIT UNION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

DEFENDANT CAL STATE 9 CREDIT UNION'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

# EXHIBIT A

*6088238*

1  Christine A. Chorney, Esq. SBN 070439
2  CASALINA & DISSTON
   418 Third Street, Suite 101
3  Oakland, California 94607
   Telephone (510) 835-8110
4  Facsimile (510) 835-1719

5  Attorneys for Petitioner
   Sadie Marie Ford

6

7

8

9

10

11

12



FILED
ALAMEDA COUNTY

NOV 29 2007

CLERK OF THE SUPERIOR COURT
By_____
Deputy

SUMMONS ISSUED

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

13  SADIE MARIE FORD, as personal    )   CASE NO. RG 07358634
    representative of CLYDEL PERRY,  )
14  deceased,                        )
                                     )   COMPLAINT FOR MONEY
15        Plaintiff,                 )
                                     )
16                                   )
                                     )
17  v.                               )
                                     )
18                                   )
    CAL STATE 9 CREDIT UNION, a      )
19  California corporation, and      )
    DOES 1 through 20,               )
20  inclusive,                       )
                                     )
21        Defendants.                )
    _____)

22

23       Plaintiff SADIE MARIE FORD alleges:

24       1.    Plaintiff is the duly appointed, qualified, and acting

25  personal representative of the estate of CLYDEL PERRY, deceased,

26  by virtue of an order duly made that has become final in a

27  proceeding in the Superior Court of California, County of Alameda,

28  titled Estate of CLYDEL PERRY, deceased, Case No. RP 06-290762,

                                  1

                          Complaint for Money

and brings this action in such capacity. Letters Testamentary were issued to plaintiff therein on November 14, 2006 and are in full force and effect.

2.   Defendant CAL STATE 9 CREDIT UNION is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California and doing business as a credit union, with its principal place of business in Concord, in the County of Contra Costa, California.

3.   Plaintiff is ignorant of the true and names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true and names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by such defendants.

4.   At all times herein mentioned defendants DOES 1 through 20 were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

5.   Plaintiff is informed and believes and thereon alleges that prior to March 6, 2006 plaintiff's decedent, CLYDEL PERRY, had on deposit with defendants CAL STATE 9 CREDIT UNION and DOES 1

2

through 10, inclusive, the sum of $177,662.12, plus interest accrued thereon, in account no. 79097, at defendants' branch located in Concord, California.

6.    Plaintiff is informed and believes and thereon alleges that on or about March 6, 2006 defendants, and each of them, paid the money on deposit in the aforesaid account to one Joyce Jeter or other person who was not authorized or entitled to receive the money on deposit in the aforesaid account.

7.    On or about July 16, 2007 plaintiff, as the personal representative of the estate of CLYDEL PERRY, demanded that defendants and each of them, transfer the sum of $177,662.12, plus interest accrued thereon, to plaintiff.

8.    Defendants have failed and refused, and still fail and refuse to pay to plaintiff the sum of $177,662.12, plus interest accrued thereon, or any part thereof, despite plaintiff's demand; the sum of $177,662.12 plus interest accrued thereon is now due, owing and unpaid from defendants to plaintiff.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.    For the sum of $177,662.12;

2.    For interest on the aforesaid sum at ten (10) present per annum from March 6, 2006;

3.    For costs of suit herein incurred; and

//

//

//

3

Complaint for Money

1    //

2        4.    For such other and further relief as the court deems

3    just and proper.

4

5    Dated:  November 27, 2007              CASALINA & DISSTON

6

7                                  By:

8                                       Christine A. Chorney
                                        Attorney for Plaintiff
9                                       Sadie Marie Ford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Complaint for Money

EXHIBIT B

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| |
|---|
| **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CAL STATE 9 CREDIT UNION, a California corporation,
and DOES 1 through 20, inclusive

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
By E. BAKER
                                        Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SADIE MARIE FORD, as personal representative of
CLYDEL PERRY, deceased

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
  *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior of California<br>County of Alameda, Unlimited Civil Jurisdiction<br>1225 Fallon Street, Oakland, CA 94612 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**RG 07358634** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christine A. Chorney, Esq.  SBN 070439
CASALINA & DISSTON, 418 Third Street, Suite 101, Oakland, CA 94607  (510)  835-8110  (510) 835-1719

| | | | |
|---|---|---|---|
| DATE: **NOV 2 9 2007**<br>*(Fecha)* | **Pat S. Sweeten**<br>Clerk, by<br>*(Secretario)*<br>Executive Officer/Clerk of the Superior Court | **E. BAKER** | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

| | |
|---|---|
| **[SEAL]** | 1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br><br>   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)<br>          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)<br>          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)<br>          ☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc.  www.USCourtForms.com |

*6086403*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Christine A. Chorney, Esq.   SBN 070439
CASALINA & DISSTON
418 Third St., Suite 101
Oakland CA 94607
TELEPHONE NO.: 510-835-8110     FAX NO. *(Optional):* 510-835-1719
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Sadie Marie Ford as personal rep of Clydel Perry, deceased

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS:   1225 Fallon St.,
MAILING ADDRESS:
CITY AND ZIP CODE:   Oakland CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: Sadie Marie Ford as pers rep of Clydel Perry, *Deceased*

DEFENDANT/RESPONDENT: Cal State 9 Credit Union

**PROOF OF SERVICE OF SUMMONS**

FILED
ALAMEDA COUNTY

DEC 0 7 2007

CLERK OF THE SUPERIOR COURT
By _____
                                    Deputy

CASE NUMBER:
RG07358634

Ref. No. or File No.:

---

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   Cal State 9 Credit Union

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Dorothy Osuna, Front Desk Coordinator for Cal State 9 Credit Union

4. Address where the party was served:
   3000 Clayton Rd., Concord CA

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. [✓] **by substituted service.** On *(date):* Dec 3, 2007  at *(time):* 2:25PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Dorothy Osuna, Front Desk Corrdinator for Cal State 9 Credit Union

      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* Dec.3, 07 from *(city):* Oakland CA     or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Sadie Marie Ford as pers rep of Clydel Perry | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cal State 9 Credit Union | RG07358634 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):* Cal State 9 Credit Union

    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)

                         ☐ other:

7. **Person who served papers**

  a. Name: R.L. Couture

  b. Address: 2325 McKinley Ave., #18 Berkeley CA

  c. Telephone number: 510-717-3073

  d. The fee for service was: $ 85.00

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

        (i) ☐ owner  ☐ employee  ☐ independent contractor.

        (ii) Registration No.:

        (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: Dec 3, 2007

_R.L. Couture_
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _[signature]_
(SIGNATURE )

# EXHIBIT C



1  PATRICIA H. LYON, State Bar No. 126761
   JAMES H. FRENCH, State Bar No. 53555
2  FRENCH & LYON
   A Professional Corporation
3  22 Battery Street, Suite 404
   San Francisco, CA 94111
4  Telephone:  (415) 597-7849
   Facsimile:  (415) 243-8200
5
   Attorneys for Defendant,
6  CAL STATE 9 CREDIT UNION

**F I L E D**
ALAMEDA COUNTY

JAN 0 8 2008

CLERK OF THE SUPERIOR COURT
By ___*Jacha Perry*___
                          Deputy

7               SUPERIOR COURT OF UNLIMITED JURISDICTION

8                           STATE OF CALIFORNIA

9                           COUNTY OF ALAMEDA

10

11  SADIE MARIE FORD, as personal          ) Case No. RG07358634
12  representative of CLYDEL PERRY, deceased,  )
                                            )
13              Plaintiff,                   ) **DEFENDANT CAL STATE 9 CREDIT**
                                            ) **UNION'S ANSWER TO PLAINTIFF'S**
14         v.                                ) **COMPLAINT FOR MONEY**
                                            )
15  CAL STATE 9 CREDIT UNION, a California   )
    corporation, and DOES 1 through 20, inclusive, )
16                                          )
17              Defendants.                  )
                                            )
18  _____)

19       Defendant CAL STATE 9 CREDIT UNION, a California Credit Union (hereinafter

20  "Defendant") answers Plaintiff's unverified Complaint for Money as follows:

21                           **GENERAL DENIAL**

22       Pursuant to *California Code of Civil Procedure* §431.40(d), Defendant generally denies

23  each and every allegation contained in the unverified Complaint, and each of its purported causes

24  of action.

25       As and for separate and affirmative defenses to the Complaint, and each of its purported

26  causes of action, Defendant alleges as follows:

27  ///

28  ///

                                -1-
                                        ANSWER TO COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

1.    The Complaint, and each of its purported causes of action, fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

2.    Plaintiff suffered no general or special damages as a result of any conduct of Defendant, and any such damages were the result of other causes and/or the acts or omissions of others, including Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff failed to mitigate the damages and/or injuries (which damages and/or injuries are expressly denied) referred to in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

4.    Any damages and/or injuries allegedly suffered by Plaintiff (which damages and/or injuries are expressly denied) are barred as speculative and not foreseeable to Defendant.

### FIFTH AFFIRMATIVE DEFENSE

5.    No act or omission of Defendant was a substantial factor in bringing about the alleged damages, which damages are expressly denied, of Plaintiff, nor was any act or omission a contributing cause thereof, any alleged acts or omissions of Defendant, which acts or omission are expressly denied, were superseded by the acts or omissions of others, including Plaintiff, and/or other individuals or entities, whether or not named in the Complaint herein, which were the independent, intervening, and proximate causes of damage or loss allegedly sustained by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

6.    The injuries and damages of which Plaintiff complains, which injuries or damages are expressly denied, were proximately caused by the negligence, and other fault of other persons, firms, and corporations, including Plaintiff, and other Defendants, and should judgment be rendered against Defendant, which should not occur, such judgment should be reduced, abated, and discharged in accordance with the percentage of negligence or other fault charged against such other persons, firms, and corporations, including Plaintiff, and other Defendants.

ANSWER TO COMPLAINT

## SEVENTH AFFIRMATIVE DEFENSE

7.      Defendant is informed and believes, and thereon alleges, that Plaintiff lacks standing to sue on the claims alleged and therefore is barred from recovery.

## EIGHTH AFFIRMATIVE DEFENSE

8.      Defendant is informed and believes, and thereon alleges, that Plaintiff lacks the capacity to sue on the claims alleged and therefore is barred from recovery.

## NINTH AFFIRMATIVE DEFENSE

9.      Defendant is informed and believes, and thereon alleges, that Plaintiff has failed to join parties with a material interest in the account that is the subject of this litigation, or that there is otherwise a defect or misjoinder of parties requiring that the action be dismissed.

## TENTH AFFIRMATIVE DEFENSE

12.     Each of Plaintiff's purported claims is barred by applicable statutes of limitations, including, but not limited to *California Code of Civil Procedure* Sections 337, 338, 339, 340, 340(c), 343, and 352.1, and *California Commercial Code* Sections 4401, 4401(a), 4406, 4406(d), 4406(f), and 4111.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     If it should be established that Defendant is in any manner legally responsible for Plaintiff's alleged damages, which damages are denied, then Defendant is entitled to indemnity and/or contribution from the other parties named in this litigation or as yet unnamed in this litigation in direct proportion to the negligence or other actionable conduct which proximately caused or contributed to the alleged damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's Complaint and each purported cause of action are barred under the equitable doctrines of waiver, unclean hands or estoppel.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

a.      That Defendant has judgment against Plaintiff, and that Plaintiff takes nothing by reason of the Complaint herein;

-3-

1      b.      That Defendant recover its costs; and

2      c.      That this Court grants Defendant such other and further relief as it may deem just

3 and proper.

4 Dated: January 2, 2008

5                           FRENCH & LYON
                           A Professional Corporation

6

7

8                     By

9                            JAMES H. FRENCH
                           Attorneys for Defendant,
                           CAL STATE 9 CREDIT UNION,

10                            a California credit union

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT

1

**PROOF OF SERVICE**

2  CASE NAME:      Sadie Marie Ford v. Cal State 9 Credit Union
   COURT:          Alameda County Superior Court, Unlimited Jurisdiction
3  CASE NO.:       RG07358634

4      I, MARY WOODWARD, declare:

5      I am over the age of eighteen years and not a party to the within action. I am employed

6  by the law firm of French & Lyon, 22 Battery Street, Suite 404, San Francisco, California 94111.

7      On January 2, 2008, I served the following documents described as: Defendant Cal State

8  9 Credit Union's Answer to Plaintiff's Complaint for Money on the interested parties in this

9  action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, and

10  addressed as follows:

11      Christine A. Chorney, Esq.
        Casalina & Disston
12      418 Third Street, Suite 101
        Oakland, CA  94607
13      Telefax: (510) 835-1719

14      X      **Facsimile Transmission** – I caused served the documents in this
               matter via facsimile transmission. True and correct copies of
15             the facsimile transmission coversheet and transmission report,
               indicating that the transmission and receipt of said documents
16             are contained in the file of sender herein and will be filed with
               the Court, if the Court deems it necessary.

17

18      X_    **By First Class Mail** - - I am readily familiar with the firm's
               practice for collection and processing of correspondence,
               pleading and notices for mailing with the United States Postal
19             Service. It is deposited with the United States Postal Service
               in the ordinary course of business on the same it is processed
20             for mailing. I caused such envelope(s) to be deposited in the
               mail at San Francisco, California. The envelope was mailed
21             with postage thereon fully prepaid.

22      X_    **State Court** - - I declare under penalty of perjury under the
               laws of the State of California that the foregoing is true and
23             correct and that service was made under the direction of an
               active member of the State Bar of California and who is not a
24             party to the cause.

25      Executed on January 2, 2008, at San Francisco, California.

26

27

28                                              MARY WOODWARD

                                     -5-

                                          ANSWER TO COMPLAINT

EXHIBIT D



National Credit Union Administration
REGION V

## UNITED STATES OF AMERICA
# NATIONAL CREDIT UNION ADMINISTRATION

In The Matter Of The Liquidation Of    )
     )
CAL STATE 9 CREDIT UNION,      )    NCUA Docket No. 08-0023-R5
Certificate NO. 64449      )
     )

# NOTICE OF INVOLUNTARY LIQUIDATION

The National Credit Union Administration ("NCUA"), pursuant to section 207(a)(3) of the Federal Credit Union Act ("Act"), 12 U.S.C. §1787(a)(3), hereby places Cal State 9 Credit Union ("Cal State 9 CU") into involuntary liquidation. The NCUA Board hereby appoints itself Liquidating Agent of Cal State 9 CU.

The liquidation of Cal State 9 CU is effective upon delivery of this Notice. You are hereby ordered to cause the immediate release of all of Cal State 9 CU's books, records, assets and property of every description to the sub-agents of the Liquidating Agent.

*Authority to Liquidate*. The NCUA Board is authorized to liquidate a State-chartered credit union that is determined to be "critically undercapitalized" under prompt corrective action. 12 U.S.C. §1787(a)(3)(A)(ii).

*Net Worth Classification*. Cal State 9 CU is determined to be "critically undercapitalized" as defined by 12 U.S.C. 1790d(c)(1)(E). The present cash values of the asset and liability account records of Cal State 9 CU, as of May 31, 2008, show net assets of $18,392,688 against recorded shares and deposits totaling $229,407,136, reflecting a net worth ratio of negative 172.83 percent (-172.83%).

*Appointment of Sub-Agents*. Pursuant to 12 U.S.C. §§1766(d), 1766(i), 1787(b), 1789(a)(10), the NCUA Board is authorized to appoint agents to assist it in carrying out its duties as Liquidating Agent. By Delegation of Authority, the Regional Director and the President of NCUA's Asset Management and Assistance Center ("AMAC") are authorized to appoint agents for the Liquidating Agent. Accordingly, the Regional Director hereby appoints the following persons as sub-agents of the NCUA Board as Liquidating Agent of Cal State 9 CU:

1.     David Hibshman, Associate Regional Director-Operations
2.     Don Klein, Deputy to the President – AMAC
3.     Michael Dyer, Director of Special Actions
4.     Victoria Bennett, Problem Case Officer
5.     Max Peeples, Liquidation Analyst

*Authority of Sub-Agents.* Each person appointed to serve as an agent of the NCUA Board as Liquidating Agent of Cal State 9 CU possesses the authority normally delegated to a liquidating and claims agent including, but not limited to, the authority to appoint additional sub-agents; to take possession of books, records, assets and property of the credit union; to sell, enforce collection of and liquidate all such assets and property; to compound all bad and doubtful debts; to sue in the agent's name and in the name of the credit union and to defend such actions as may be brought against the credit union; to receive, examine and pass upon claims made against the credit union and the National Credit Union Share Insurance Fund; to make distribution and payment to creditors and members as their interest may appear; and to execute such documents and to do such other acts as may be necessary or desirable to wind up the affairs of the closed credit union.

In connection with the authority to execute documents on behalf of a credit union in liquidation, each sub-agent is hereby authorized and empowered in the name and on behalf of the Liquidating Agent of Cal State 9 CU to:

(a) Assign, extend, discharge in whole or in part, foreclose (including making an entry to foreclose) any mortgage of real or personal property standing in the name of Cal State 9 CU individually or held by Cal State 9 CU in any fiduciary capacity, also to subordinate the lien of any such mortgage to any other mortgage, to any lease, or to any other interest, and to initiate and to defend any action with respect to any such mortgage;

(b) Sell, lease, convey, grant assessments or other interest in, enter agreements with respect to, and to initiate and to defend any action with respect to any real estate acquired by Cal State 9 CU individually by virtue of the foreclosure of any mortgage or deed in lieu of such foreclosure or held by Cal State 9 CU in any fiduciary capacity;

(c) Sign, seal with the corporate seal, acknowledge and deliver all pleadings, affidavits, deeds, contracts, releases, discharges, certificates, leases, assents, grants and other instruments necessary or appropriate to carry out the foregoing powers, and such execution shall in each case be conclusive as to the authority of the executing officer; and

(d) Repudiate leases, contracts, agreements or other instruments to which Cal State 9 CU is a party if performance would be burdensome or would hinder the orderly administration of the affairs of Cal State 9 CU.

EXHIBIT E

1  TIMOTHY J. MCCAFFERY, State Bar No. 154668
   tjm@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
7  Attorneys for Defendant
   CAL STATE 9 CREDIT UNION

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        COUNTY OF ALAMEDA

10

11 SADIE MARIE FORD, as personal          Case No.  RG07358634
   representative of CLYDEL PERRY,
12 deceased,                              Assigned For All Purposes to
                                          Judge David Hunter
13            Plaintiff,                  Department 520

14      v.                               **DEFENDANT CAL STATE 9 CREDIT
                                          UNION'S STATE NOTICE OF REMOVAL
15 CAL STATE 9 CREDIT UNION,              OF CASE TO FEDERAL COURT**
   a California Corporation; and
16 DOES 1 through 20, inclusive,          Action Filed: November 29, 2007

17            Defendants.

18

19       TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

20       NOTICE IS HEREBY GIVEN that Defendant CAL STATE 9 CREDIT UNION,

21 a California corporation, has filed its Notice of Removal of the above-captioned action, a copy of

22 which is attached hereto, with the United States District Court for the Northern District of

23 California.

24 ///

25 ///

26 ///

27 ///

28 ///

00525-37551 LRAGONES 557428.1                    1                    Case No.  RG07358634
DEF CAL STATE 9 CREDIT UNION'S STATE NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1         PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section 1446(d), the

2    filing of said Notice in the United States District Court, together with the filing of said Notice

3    with this Court, effects the removal of this action and the above-captioned Court may proceed no

4    further unless and until the case has been remanded.

5

6    DATED: July ___, 2008

7

8                                          LOMBARDI, LOPER & CONANT, LLP

9                                      By: _____
                                        LEORA R. RAGONES
                                        Attorneys for Defendant
                                        CAL STATE 9 CREDIT UNION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1  TIMOTHY J. MCCAFFERY, State Bar No. 154668
   tjm@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  CAL STATE 9 CREDIT UNION

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  SADIE MARIE FORD, as personal          Case No. _____
    representative of CLYDEL PERRY,
12  deceased,                              **DEFENDANT CAL STATE 9 CREDIT**
                                           **UNION'S NOTICE OF REMOVAL OF**
13              Plaintiff,                 **CASE TO FEDERAL COURT**

14       v.

15  CAL STATE 9 CREDIT UNION,
    a California Corporation; and
16  DOES 1 through 20, inclusive,

17              Defendants.

18

19       Defendant Cal State 9 Credit Union, through its Liquidating Agent the National Credit

20  Union Administration Board, ("Defendant") respectfully alleges as follows:

21       1.      Plaintiff filed a Complaint against Cal State 9 Credit Union on November 29,

22  2007 in the Superior Court of the State of California, County of Alameda, entitled Sadie Marie

23  Ford v. Cal State 9 Credit Union, et al., Case No. RG07358634. A true and correct copy of the

24  unverified Complaint is attached hereto as Exhibit A.

25       2.      Cal State 9 Credit Union was served with the unverified Complaint on December

26  3, 2007. See Summons Attached as Exhibit B.

27       3.      Cal State 9 Credit Union filed an Answer to Plaintiff's Unverified Complaint in

28  the Superior Court for the County of Alameda on January 8, 2008. A copy of the Answer is

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    attached hereto as Exhibit C.

2         4.       On June 30, 2008, Cal State 9 Credit Union was placed into involuntary

3    liquidation, and the National Credit Union Administration Board was appointed Liquidating

4    Agent of the credit union pursuant to the provisions of 12 U.S.C. §1787(a)(3). A copy of the

5    Notice of Involuntary Liquidation is attached as Exhibit D.

6         5.       By operation of law, the Liquidating Agent succeeds to all rights, titles, powers,

7    and privileges of the credit union. *See* 12 U.S.C. §1787(b)(2)(A)(i). Pursuant to 12 U.S.C.

8    §1789, the Liquidating Agent is empowered to be sued and defend in any court of law or equity,

9    and, accordingly, will move for an order substituting the Liquidating Agent as the defendant in

10   this case.

11        6.       Pursuant to 28 U.S.C. §1446(b), this Notice of Removal, which is filed within 30

12   days of the appointment of the Liquidating Agent is timely.

13        7.       The removal of this claim against Defendant to this Court is proper under

14   28 U.S.C. § 1441(a) because this is a civil action brought in a state court over which the district

15   courts of the United States have original jurisdiction, and this District Court embraces the place

16   in which the state action is pending.

17        8.       This Court has original jurisdiction over this action pursuant to 12 U.S.C.

18   §1789(a)(2). Section 1789(a)(2) provides:

19            All suits of a civil nature at common law or equity to which the
              Board shall be a party shall be deemed to rise under the laws of the
20            United States, and the United States district courts shall have
              original jurisdiction thereof, without regard to the amount in
21            controversy. The Board may, without bond or security, remove any
              such action, suit, or proceeding from a State court to the United
22            States district or division embracing the place where the same is
              pending by following any procedure for removal now or hereafter
23            in effect.

24        9.       Written notice of the filing of this Notice of Removal of the above action is being

25   delivered to plaintiff through counsel of record.

26        10.      A copy of the Notice of Removal of Case to Federal Court that will be filed with

27   the California Superior Court is attached hereto as Exhibit E.

28   ///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

00525-37551 LRAGONES 557465.1                    2                    Case No. _____

DEFENDANT CAL STATE 9 CREDIT UNION'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

1       11.    A complete copy of the pleadings from the file of the Superior Court of the State

2  of California, County of Alameda, Sadie Marie Ford v. Cal State 9 Credit Union, et al., Case No.

3  RG07358634, is attached hereto as Exhibit F.

4      WHEREFORE, Defendant prays that this action be removed to this Court.

5

6  DATED: July 29, 2008                LOMBARDI, LOPER & CONANT, LLP

7

8                         By:

9                              LEORA R. RAGONES
                              Attorneys for Defendant
10                             CAL STATE 9 CREDIT UNION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1

**PROOF OF SERVICE**
*Sadie Marie Ford v. Cal State 9 Credit Union, et al.*
Alameda Superior Court Case No.: RG07358634

2

3

I, Noelle Duncan, do hereby declare:

4

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

5

6

On July 29, 2008, I served the within:

7

**DEFENDANT CAL STATE 9 CREDIT UNION'S STATE NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**

8

9

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

10

Christine A. Chorney
Casalina & Disston
418 Third Street, Ste. 101
Oakland, CA 94607

Telephone:  (510) 835-8110
Facsimile:   (510) 835-1719
*Attorneys for Plaintiff*

11

12

13

☒    **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

14

15

16

17

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

18

19

☐    **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

20

21

☐    **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

22

23

24

☐    **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

25

26

27

☐    **By Messenger Service:**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

28

☐    **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2008, at Oakland, California.

_____
Noelle Duncan

EXHIBIT F

CALENDARED

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

| | |
|---|---|
| Ford | No. RG07358634 |
| Plaintiff/Petitioner(s) | |
| | Case Management Order |
| VS. | |
| | Date: 04/15/2008 |
| Cal State 9 Credit Union, a California corporation | Time: 09:00 AM |
| | Dept: 520 |
| Defendant/Respondent(s) | Judge: David Hunter |
| (Abbreviated Title) | |

### ORDER re: CASE MANAGEMENT

### & TRIAL SETTING ORDER WITH NOTICE OF TRIAL

The Court has ordered the following at the conclusion of a judicially supervised Case Management Conference.

### ALTERNATIVE DISPUTE RESOLUTION (ADR)

The case is referred to Private ADR, said process to be completed by 09/01/2008.
The ADR ordered is mediation.

### FURTHER CASE MANAGEMENT CONFERENCE

A Compliance Hearing is scheduled for 09/09/2008 at 09:00 AM in Dept. 520.

Updated Case Management Statements in compliance with CRC § 3.725, on Judicial Council Form CM-110, must be filed no later than 08/25/2008. If the foregoing date is a court holiday or a weekend, the time is extended to the next business day.

### MANDATORY SETTLEMENT CONFERENCE (CRC § 3.1380)

A Mandatory Settlement Conference pursuant to CRC § 3.1380 is set for 02/20/2009 in Dept. 520 at 01:30 PM. Trial counsel, the parties, claims representatives and all other persons with full authority to settle the case must personally attend unless the Court has, before the Conference, authorized telephonic participation upon written application with notice to all other parties and good cause shown. A Settlement Conference Statement complying with CRC § 3.1380 must be filed with the court no later than 02/13/2009 and served on all other parties. If the foregoing date is a court holiday or a weekend, the time is extended to the next business day.

### TRIAL SETTING ORDERS

The Court makes the following trial setting orders:

Trial Date: 04/10/2009 at 09:00 AM in Dept. 520.

Estimated length of trial: 6 court days.

TRIAL SETTING ORDERS

The parties are ordered to comply with the Standing Pre-Trial Orders for Civil Cases, Local Rule of Court 3.35.

Jury is demanded by Plaintiff(s)
Jury is reserved by Defendant(s)

NOTICES

The Court orders counsel and/or self-represented parties to obtain a copy of this order from the court's website http://www.alameda.courts.ca.gov/domainweb.

Any delay in the trial, caused by non-compliance with any order contained herein, shall be the subject of sanctions pursuant to CCP 177.5.


Dated:  04/15/2008                                    _____ facsimile

                                                                    Judge David Hunter

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Timothy J. McCaffery, SBN: 154668
Leora R. Ragones, SBN: 215423
Lombardi, Loper & Conant, LLP
1999 Harrison Street, Ste. 2600
Oakland, CA 94612
TELEPHONE NO.: FAX NO. *(Optional):* (510) 433-2699
E-MAIL ADDRESS *(Optional):* tjm@llcllp.com; lragones@llcllp.com
ATTORNEY FOR *(Name):* CAL STATE 9 CREDIT UNION

FOR COURT USE ONLY
00525-37551

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Hayward

ENDORSED
FILED
ALAMEDA COUNTY

APR 0 1 2008

CLERK OF THE SUPERIOR COURT
By Y. Singh
Deputy

PLAINTIFF/PETITIONER: Sadie Marie Ford

DEFENDANT/RESPONDENT: Cal State 9 Credit Union

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): [X] UNLIMITED CASE (Amount demanded exceeds $25,000) [ ] LIMITED CASE (Amount demanded is $25,000 or less) | RG07358634 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: April 15, 2008    Time: 9:00 a.m.    Dept.: 520    Div.:    Room:
Address of court *(if different from the address above):*
24405 Amador Street, 2nd Floor, Hayward, California, 94544

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [X] This statement is submitted by party *(name):* CAL STATE 9 CREDIT UNION
   b. [ ] This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* November 29, 2007
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [X] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not):*
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names):*
      (3) [ ] have had a default entered against them *(specify names):*
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in [X] complaint [ ] cross-complaint *(describe, including causes of action):*
      Plaintiff claims that funds on deposit with the credit union were wrongfully released to Joyce Jeter.

Page 1 of 4

**CM-110**

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cal State 9 Credit Union | RG07358634 |

4.  b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings.  If equitable relief is sought, describe the nature of the relief.)*
Plaintiff is seeking $177,662.12 (plus interest) that they claim the credit union wrongfully released to Joyce Jeter.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request   ☐ a jury trial   ☒ a nonjury trial   *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐   The trial has been set for *(date):*
b.  ☒   No trial date has been set.  This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
To be discussed at Case Management Conference

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☒   days *(specify number):* 5
b.  ☐   hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial   ☒ by the attorney or party listed in the caption   ☐ by the following:
a.   Attorney:
b.   Firm:
c.   Address:
d.   Telephone number:
e.   Fax number:
f.   E-mail address:
g.   Party represented:
☐   Additional representation is described in Attachment 8.

9.  **Preference**
☐   This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.   Counsel   ☐ has   ☐ has not   provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b.  ☐   All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c.  ☐   The case has gone to an ADR process *(indicate status):*

**CM-110**

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:Cal State 9 Credit Union | RG07358634 |

10. d.   The party or parties are willing to participate in *(check all that apply):*

    (1) [X] Mediation

    (2) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

    (3) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

    (4) [ ] Binding judicial arbitration

    (5) [ ] Binding private arbitration

    (6) [ ] Neutral case evaluation

    (7) [ ] Other *(specify):*

    e. [ ] This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

    f. [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    g. [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

11. **Settlement conference**

    [ ] The party or parties are willing to participate in an early settlement conference *(specify when):*

12. **Insurance**

    a. [X] Insurance carrier, if any, for party filing this statement *(name):* Cumis Insurance Society

    b.   Reservation of rights:   [ ] Yes   [ ] No

    c. [ ] Coverage issues will significantly affect resolution of this case *(explain):*

13. **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

    [ ] Bankruptcy     [ ] Other *(specify):*

Status:

14. **Related cases, consolidation, and coordination**

    a. [ ] There are companion, underlying, or related cases.

       (1)   Name of case:

       (2)   Name of court:

       (3)   Case number:

       (4)   Status:

    [ ] Additional cases are described in Attachment 14a.

    b. [ ] A motion to   [ ] consolidate   [ ] coordinate   will be filed by *(name party):*

15. **Bifurcation**

    [ ] The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

16. **Other motions**

    [X] The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

    Motion for Summary Judgment

**CM-110**

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cal State 9 Credit Union | RG07358634 |

**17. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| <u>Party</u> | <u>Description</u> | <u>Date</u> |
|---|---|---|
| Defendant | Depositions | July 2008 |

c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**
Previous case management orders in this case are *(check one)*: ☐ none ☐ attached as Attachment 21.

22. Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 28 , 2008

Timothy J. McCaffery
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

1

**PROOF OF SERVICE**
*Sadie Marie Ford v. Cal State 9 Credit Union, et al.*
Alameda Superior Court Case No.: RG07358634

2

3

I, Noelle Duncan, do hereby declare:

4

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

5

6

On March 28, 2008, I served the within:

7

**CASE MANAGEMENT STATEMENT**

8

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

9

10

Christine A. Chorney                   Telephone: (510) 835-8110
Casalina & Disston                     Facsimile: (510) 835-1719
418 Third Street, Ste. 101             *Attorneys for Plaintiff*
Oakland, CA 94607

11

12

Patricia H. Lyon                       Telephone: (415) 597-7849
French & Lyon                          Facsimile: (415) 243-8200
22 Battery Street, Suite 404
San Francisco, CA 94111

13

14

15

☒   **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

16

17

18

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

19

20

☐   **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

21

22

☐   **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

23

24

25

☐   **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

26

27

28

1    ☐    **By Messenger Service:**  I served the documents by placing them in an envelope or package
         addressed to the persons at the addresses listed above and providing them to a professional messenger service
2        for service. *(A declaration by the messenger must accompany this Proof of Service.)*

3    ☐    **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties
         to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-
4        mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic
         message or other indication that the transmission was unsuccessful.

5

        I declare under penalty of perjury under the laws of the State of California that the
6    foregoing is true and correct.

7        Executed on March 2⦚, 2008, at Oakland, California.

8

9                                            _____
                                                      Noelle Duncan
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Timothy J. McCaffery, SBN: 154668
Leora R. Ragones, SBN: 215423
Lombardi, Loper & Conant, LLP
1999 Harrison Street, Ste. 2600
Oakland, CA 94612
TELEPHONE NO.:          FAX NO. *(Optional)*: (510) 433-2699
E-MAIL ADDRESS *(Optional)*: tjm@llcllp.com; lragones@llcllp.com
ATTORNEY FOR *(Name)*: CAL STATE 9 CREDIT UNION

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California  94612
BRANCH NAME: Hayward

PLAINTIFF/PETITIONER: Sadie Marie Ford

DEFENDANT/RESPONDENT: Cal State 9 Credit Union

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one):  [X] **UNLIMITED CASE**        [ ] **LIMITED CASE** <br> (Amount demanded                 (Amount demanded is $25,000 <br> exceeds $25,000)                 or less) | RG07358634 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: April 15, 2008        Time: 9:00 a.m.    Dept.: 520        Div.:            Room:

Address of court *(if different from the address above)*:
24405 Amador Street, 2nd Floor, Hayward, California, 94544

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [X]  This statement is submitted by party *(name)*: CAL STATE 9 CREDIT UNION
   b. [ ]  This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a.  The complaint was filed on *(date)*: November 29, 2007
   b. [ ]  The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [X]  All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ]  The following parties named in the complaint or cross-complaint
       (1) [ ]  have not been served *(specify names and explain why not)*:
       (2) [ ]  have been served but have not appeared and have not been dismissed *(specify names)*:
       (3) [ ]  have had a default entered against them *(specify names)*:
   c. [ ]  The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in  [X] complaint        [ ] cross-complaint        *(describe, including causes of action)*:
      Plaintiff claims that funds on deposit with the credit union were wrongfully released to Joyce Jeter.

Page 1 of 4

Form Adopted for Mandatory Use        **CASE MANAGEMENT STATEMENT**        Legal Solutions Plus        Cal. Rules of Court,
Judicial Council of California                                                                           rules 3.720-3.730
CM-110 [Rev. January 1, 2007]

CM-110

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cal State 9 Credit Union | RG07358634 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff is seeking $177,662.12 (plus interest) that they claim the credit union wrongfully released to Joyce Jeter.

[ ]  *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request [ ] a jury trial [X] a nonjury trial     *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a. [ ]  The trial has been set for *(date):*
b. [X]  No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
To be discussed at Case Management Conference

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. [X]  days *(specify number):* 5
b. [ ]  hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial [X] by the attorney or party listed in the caption [ ] by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:
e.  Fax number:
f.  E-mail address:
g.  Party represented:
[ ]  Additional representation is described in Attachment 8.

9.  **Preference**
[ ]  This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a.  Counsel [ ] has [ ] has not    provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
b. [ ]  All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c. [ ]  The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:Cal State 9 Credit Union | RG07358634 |

10. d.   The party or parties are willing to participate in *(check all that apply):*

   (1) [X] Mediation

   (2) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)

   (3) [ ] Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)

   (4) [ ] Binding judicial arbitration

   (5) [ ] Binding private arbitration

   (6) [ ] Neutral case evaluation

   (7) [ ] Other *(specify):*

e. [ ] This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.

f. [ ] Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

g. [ ] This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court *(specify exemption):*

**11. Settlement conference**

[ ] The party or parties are willing to participate in an early settlement conference *(specify when):*

**12. Insurance**

a. [X] Insurance carrier, if any, for party filing this statement *(name):* Cumis Insurance Society

b. Reservation of rights: [ ] Yes [ ] No

c. [ ] Coverage issues will significantly affect resolution of this case *(explain):*

**13. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

[ ] Bankruptcy    [ ] Other *(specify):*

Status:

**14. Related cases, consolidation, and coordination**

a. [ ] There are companion, underlying, or related cases.

   (1)   Name of case:

   (2)   Name of court:

   (3)   Case number:

   (4)   Status:

[ ] Additional cases are described in Attachment 14a.

b. [ ] A motion to [ ] consolidate [ ] coordinate will be filed by *(name party):*

**15. Bifurcation**

[ ] The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**16. Other motions**

[X] The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

Motion for Summary Judgment

CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

CM-110

| PLAINTIFF/PETITIONER: Sadie Marie Ford | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cal State 9 Credit Union | RG07358634 |

**17. Discovery**
   a. [ ] The party or parties have completed all discovery.
   b. [X] The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

   | Party | Description | Date |
   |---|---|---|
   | Defendant | Depositions | July 2008 |

   c. [ ] The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**
   a. [ ] This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
   b. [ ] This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other Issues**
   [ ] The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**
   a. [ ] The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**
   Previous case management orders in this case are *(check one)*: [ ] none [ ] attached as Attachment 21.

**22.** Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 28 , 2008

Timothy J. McCaffery
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

[ ] Additional signatures are attached

1

**PROOF OF SERVICE**
*Sadie Marie Ford v. Cal State 9 Credit Union, et al.*
Alameda Superior Court Case No.: RG07358634

2

3      I, Noelle Duncan, do hereby declare:

4      I am a citizen of the United States, over 18 years of age and not a party to the within action.
I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600,

5  Oakland, CA  94612.

6      On March 28, 2008, I served the within:

7                          **CASE MANAGEMENT STATEMENT**

8  on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as

9  follows:

10  Christine A. Chorney                    Telephone:  (510) 835-8110
    Casalina & Disston                      Facsimile:   (510) 835-1719
11  418 Third Street, Ste. 101              *Attorneys for Plaintiff*
    Oakland, CA  94607

12  Patricia H. Lyon                        Telephone:  (415) 597-7849
13  French & Lyon                           Facsimile:   (415) 243-8200
    22 Battery Street, Suite 404
14  San Francisco, CA 94111

15  ☒   **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the
        persons at the addresses listed above and placed the envelope/package for collection and mailing, following
16      our ordinary business practices. I am readily familiar with this business's practice for collecting and
        processing documents for mailing. On the same day that the document is placed for collection and mailing, it
17      is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with
        postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal
18      cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

19      I am a resident or employed in the county where the mailing occurred. The envelope or package was placed
        in the mail at Oakland, California.

20  ☐   **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission,
        I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax
21      machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

22  ☐   **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an
        overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or
23      package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight
        delivery carrier.

24
25  ☐   **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed
        above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office
        by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with
26      the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by
        leaving the documents at the party's residence with some person not less than 18 years of age between the
27      hours of eight in the morning and six in the evening.

28

1   ☐   **By Messenger Service:**  I served the documents by placing them in an envelope or package
addressed to the persons at the addresses listed above and providing them to a professional messenger service
2   for service. *(A declaration by the messenger must accompany this Proof of Service.)*

3   ☐   **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties
to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-
4   mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic
message or other indication that the transmission was unsuccessful.

5

6   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

7   Executed on March 2_, 2008, at Oakland, California.

8

9                                                                    Noelle Duncan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Christine A. Chorney, Esq SBN 70439<br>CASALINA & DISSTON<br>418 Third Street, Suite 101<br>Oakland, CA 94607 | |

TELEPHONE NO.: (510) 835-8110    FAX NO. *(Optional)*: (510) 835-1719
E-MAIL ADDRESS *(Optional)*: casdiss@yahoo.com
ATTORNEY FOR *(Name)*: Plaintiff, Sadie Marie Ford

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: SADIE MARIE FORD
DEFENDANT/RESPONDENT: CAL STATE 9 CREDIT UNION, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☑ UNLIMITED CASE ☐ LIMITED CASE<br>(Amount demanded (Amount demanded is $25,000<br>exceeds $25,000) or less) | RG 07-358634 |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:

Date: April 15, 2008        Time: 9:00 a.m.    Dept.: 520        Div.:        Room:

Address of court *(if different from the address above)*:

24405 Amador Street, Department 520, Hayward, CA 94544

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** *(answer one)*:
   a. ☑ This statement is submitted by party *(name)*: Plaintiff, Sadie Marie Ford
   b. ☐ This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: November 29, 2007
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☑ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not)*:

      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names)*:

      (3) ☐ have had a default entered against them *(specify names)*:

   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☑ complaint ☐ cross-complaint    *(describe, including causes of action)*:

   Complaint to recover money deposited in defendant credit union.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-110

| PLAINTIFF/PETITIONER:  SADIE MARIE FORD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  CAL STATE 9 CREDIT UNION, et al. | RG 07-358634 |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

Plaintiff is the personal representative of the Estate of Clydel Perry, deceased. The decedent had on deposit with defendant the sum of $177,662.12 which defendant wrongly paid to another person pursuant to a void conservatorship.

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
    The party or parties request  ☑ a jury trial  ☐ a nonjury trial    *(if more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
    a.  ☐ The trial has been set for *(date):*
    b.  ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
    The party or parties estimate that the trial will take *(check one):*
    a.  ☑ days *(specify number):*  3 days.
    b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
    The party or parties will be represented at trial  ☑ by the attorney or party listed in the caption  ☐ by the following:
    a.  Attorney:
    b.  Firm:
    c.  Address:
    d.  Telephone number:
    e.  Fax number:
    f.  E-mail address:
    g.  Party represented:
    ☐ Additional representation is described in Attachment 8.

9.  **Preference**
    ☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
    a.  Counsel  ☑ has  ☐ has not   provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
    b.  ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
    c.  ☐ The case has gone to an ADR process *(indicate status):*

CM-110

| PLAINTIFF/PETITIONER: SADIE MARIE FORD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAL STATE 9 CREDIT UNION, et al. | RG 07-358634 |

10. d.　The party or parties are willing to participate in (check all that apply):
　　　　(1) ☑ Mediation
　　　　(2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
　　　　(3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
　　　　(4) ☐ Binding judicial arbitration
　　　　(5) ☐ Binding private arbitration
　　　　(6) ☐ Neutral case evaluation
　　　　(7) ☐ Other (specify):

　　e.　☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
　　f.　☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
　　g.　☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

11. **Settlement conference**
　　☐ The party or parties are willing to participate in an early settlement conference (specify when):

12. **Insurance**
　　a.　☐ Insurance carrier, if any, for party filing this statement (name):
　　b.　Reservation of rights: ☐ Yes ☐ No
　　c.　☐ Coverage issues will significantly affect resolution of this case (explain):

13. **Jurisdiction**
　　Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
　　☐ Bankruptcy ☐ Other (specify):
　　Status:

14. **Related cases, consolidation, and coordination**
　　a.　☑ There are companion, underlying, or related cases.
　　　　(1) Name of case: Estate of Clydel Perry
　　　　(2) Name of court: Superior Court of California, County of Alameda.
　　　　(3) Case number: RP 06-290762
　　　　(4) Status: Open and active
　　　　☐ Additional cases are described in Attachment 14a.
　　b.　☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

15. **Bifurcation**
　　☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

16. **Other motions**
　　☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

CM-110

| PLAINTIFF/PETITIONER: SADIE MARIE FORD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAL STATE 9 CREDIT UNION, et al. | RG 07-358634 |

**17. Discovery**

   a. ☐ The party or parties have completed all discovery.

   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | Deposition | 6/30/08 |

   c. ☐ The following discovery issues are anticipated *(specify)*:

**18. Economic Litigation**

   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other issues**

   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

   a. ☑ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*:

     Will meet and confer prior to hearing.

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:

**21. Case management orders**

   Previous case management orders in this case are *(check one)*: ☑ none ☐ attached as Attachment 21.

**22.** Total number of pages attached *(if any)*: _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: March 31, 2008

| Christine A. Chorney, Esq. | ▶ *(signature)* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |

| | ▶ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PARTY OR ATTORNEY) |

                                              ☐ Additional signatures are attached

PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States; over the age of eighteen years; and not a party to the within action. My business address is 418 Third Street, Suite 101, Oakland, California 94607.

On the date set forth below, I served the following:

Case Management Statement

on all interested parties by the following manner:

(XX)  U.S. Mail: By placing a true and correct copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail at Oakland, California.

(  )  HAND DELIVERY:  By placing a true and correct copy thereof in a sealed envelope to be delivered by hand to the parties indicated below.

(  )  OVERNIGHT MAIL DELIVERY:  By placing a true and correct copy thereof in a sealed envelope with delivery charges prepaid and delivered to a Federal Express carrier for delivery to the parties indicated below.

(  )  FACSIMILE TRANSMISSION:  By transmitting a true and correct copy thereof by facsimile transmission from facsimile no. (510) 835-1719 to the parties and facsimile numbers listed below.

> Leora R. Ragones, Esq.
> LOMBARDI, LOPER & CONANT
> 1999 Harrison Street, Suite 2600
> Oakland, CA 94612
> (510) 433-2600 Tele
> Attorney for Defendant, Cal State 9 Credit Union

I declare under penalty of perjury that the foregoing is true and correct. Executed at City of Oakland, Alameda County, California on  March 31  , 2008.

Catherine Addison

Feb. 15. 2008  4:25PM                                              No. 1080   P. 2

MC–050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Patricia H. Lyon, State Bar No. 126761<br>French & Lyon, 22 Battery St., Suite 404<br>San Francisco, CA  94111<br>TELEPHONE NO.: (415) 597-7849 FAX NO. *(Optional)*: (415) 243-8200<br>E-MAIL ADDRESS *(Optional)*: phlyon@aol.com.<br>ATTORNEY FOR *(Name)*: Cal State 9 Credit Union | **ENDORSED**<br>**FILED**<br>ALAMEDA COUNTY<br>FEB 1 9 2008<br>CLERK OF THE SUPERIOR COURT<br>By Esther Coleman, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA  94612
BRANCH NAME:

CASE NAME:
Sadie Marie Ford vs. Cal State 9 Credit Union

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>RG07358634 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Cal State 9          makes the following substitution:

1. Former legal representative ☐ Party represented self ☒ Attorney *(name):* Patricia H. Lyon
2. New legal representative ☐ Party is representing self ☒ Attorney
   a. Name: Leora R. Ragones
   b. State Bar No. *(if applicable):* 215423
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      Lombardi, Loper & Conant, Lake Merritt Plaza, 1999 Harrison St., Ste. 2600,
      Oakland, CA  94612-3541
   d. Telephone No. *(include area code):* (510) 433-2600

**BY FAX**

3. The party making this substitution is a ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: January 31, 2008
   Patricia H. Lyon
   (TYPE OR PRINT NAME)                                    ► _____ (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: January 31, 2008
   Leora R. Ragones
   (TYPE OR PRINT NAME)                                    ► _____ (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 2/13/08
   CAL STATE 9 CREDIT UNION
   (TYPE OR PRINT NAME)                                    ► _____ (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                          Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California

SUBSTITUTION OF ATTORNEY—CIVIL          Code of Civil Procedure, §§ 284(1); 285;

MC–050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Patricia H. Lyon, State Bar No. 126761
French & Lyon, 22 Battery St., Suite 404
San Francisco, CA  94111
TELEPHONE NO.: (415) 597-7849 FAX NO. *(Optional)*: (415) 243-8200
E-MAIL ADDRESS *(Optional)*: phlyon@aol.com.
ATTORNEY FOR *(Name)*: Cal State 9 Credit Union

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA  94612
BRANCH NAME:

CASE NAME:
Sadie Marie Ford vs. Cal State 9 Credit Union

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>RG07358634 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: Cal State 9      makes the following substitution:

1. **Former legal representative**    ☐ Party represented self    ☒ Attorney *(name)*: Patricia H. Lyon
2. **New legal representative**    ☐ Party is representing self*    ☒ Attorney
   a. Name: Leora R. Ragones
   b. State Bar No. *(if applicable)*: 215423
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      Lombardi, Loper & Conant, Lake Merritt Plaza, 1999 Harrison St., Ste. 2600,
      Oakland, CA  94612-3541
   d. Telephone No. *(include area code)*: (510) 433-2600
3. The party making this substitution is a    ☒ plaintiff    ☐ defendant    ☐ petitioner    ☐ respondent    ☐ other *(specify)*:

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

**If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.**

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
**A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.**

---

4. I consent to this substitution.
   Date: January 31, 2008
   Patricia H. Lyon
   (TYPE OR PRINT NAME)                                    ► _____
                                                            (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: January 31, 2008
   Leora R. Ragones
   (TYPE OR PRINT NAME)                                    ► _____
                                                            (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: 2/13/08
   CAL STATE 9 CREDIT UNION
   (TYPE OR PRINT NAME)                                    ► _____
                                                            (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

1

**PROOF OF SERVICE**
*Sadie Marie Ford v. Cal State 9 Credit Union, et al.*
Alameda Superior Court Case No.: RG07358634

2

3          I, Noelle Duncan, do hereby declare:

4          I am a citizen of the United States, over 18 years of age and not a party to the within action.
I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600,
5     Oakland, CA 94612.

6          On February _15_, 2008, I served the within:

7                          **SUBSTITUTION OF ATTORNEY**

8
on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as
9     follows:

Christine A. Chorney                        Telephone:  (510) 835-8110
10    Casalina & Disston                          Facsimile:   (510) 835-1719
418 Third Street, Ste. 101                  *Attorneys for Plaintiff*
11    Oakland, CA 94607

12    Patricia H. Lyon                            Telephone:  (415) 597-7849
French & Lyon                               Facsimile:   (415) 243-8200
13    22 Battery Street, Suite 404
San Francisco, CA 94111
14
☒    **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the
15          persons at the addresses listed above and placed the envelope/package for collection and mailing, following
our ordinary business practices.  I am readily familiar with this business's practice for collecting and
16          processing documents for mailing.  On the same day that the document is placed for collection and mailing, it
is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with
17          postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.
18
I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed
19          in the mail at Oakland, California.

20    ☐    **By Fax Transmission:**  Based on an agreement of the parties to accept service by fax transmission,
I faxed the documents to the persons at the fax numbers listed above.  No error was reported by the fax
21          machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

22    ☐    **By Overnight Delivery:**  I enclosed the documents in an envelope or package provided by an
overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or
23          package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight
delivery carrier.
24
☐    **By Personal Service:**  I personally delivered the documents to the persons at the addresses listed
25          above.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office
by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with
26          the receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by
leaving the documents at the party's residence with some person not less than 18 years of age between the
27          hours of eight in the morning and six in the evening.

28

1 □ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service
2 for service. *(A declaration by the messenger must accompany this Proof of Service.)*

3 □ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-
4 mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

5

    I declare under penalty of perjury under the laws of the State of California that the
6 foregoing is true and correct.

7     Executed on February 15, 2008, at Oakland, California.

8

9 _____

                 Noelle Duncan
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PATRICIA H. LYON, State Bar No. 126761
JAMES H. FRENCH, State Bar No. 53555
FRENCH & LYON
A Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: (415) 597-7849
Facsimile: (415) 243-8200

Attorneys for Defendant,
CAL STATE 9 CREDIT UNION

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

**JAN 0 8 2008**

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

### SUPERIOR COURT OF UNLIMITED JURISDICTION

### STATE OF CALIFORNIA

### COUNTY OF ALAMEDA

|  |  |
|---|---|
| SADIE MARIE FORD, as personal representative of CLYDEL PERRY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION, a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. RG07358634<br><br>**DEFENDANT CAL STATE 9 CREDIT UNION'S ANSWER TO PLAINTIFF'S COMPLAINT FOR MONEY** |

Defendant CAL STATE 9 CREDIT UNION, a California Credit Union (hereinafter "Defendant") answers Plaintiff's unverified Complaint for Money as follows:

### GENERAL DENIAL

Pursuant to *California Code of Civil Procedure* §431.40(d), Defendant generally denies each and every allegation contained in the unverified Complaint, and each of its purported causes of action.

As and for separate and affirmative defenses to the Complaint, and each of its purported causes of action, Defendant alleges as follows:

/ / /

/ / /

-1-

ANSWER TO COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

1.     The Complaint, and each of its purported causes of action, fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

2.     Plaintiff suffered no general or special damages as a result of any conduct of Defendant, and any such damages were the result of other causes and/or the acts or omissions of others, including Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

3.     Plaintiff failed to mitigate the damages and/or injuries (which damages and/or injuries are expressly denied) referred to in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

4.     Any damages and/or injuries allegedly suffered by Plaintiff (which damages and/or injuries are expressly denied) are barred as speculative and not foreseeable to Defendant.

### FIFTH AFFIRMATIVE DEFENSE

5.     No act or omission of Defendant was a substantial factor in bringing about the alleged damages, which damages are expressly denied, of Plaintiff, nor was any act or omission a contributing cause thereof, any alleged acts or omissions of Defendant, which acts or omission are expressly denied, were superseded by the acts or omissions of others, including Plaintiff, and/or other individuals or entities, whether or not named in the Complaint herein, which were the independent, intervening, and proximate causes of damage or loss allegedly sustained by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

6.     The injuries and damages of which Plaintiff complains, which injuries or damages are expressly denied, were proximately caused by the negligence, and other fault of other persons, firms, and corporations, including Plaintiff, and other Defendants, and should judgment be rendered against Defendant, which should not occur, such judgment should be reduced, abated, and discharged in accordance with the percentage of negligence or other fault charged against such other persons, firms, and corporations, including Plaintiff, and other Defendants.

ANSWER TO COMPLAINT

1

### SEVENTH AFFIRMATIVE DEFENSE

2    7.    Defendant is informed and believes, and thereon alleges, that Plaintiff lacks

3  standing to sue on the claims alleged and therefore is barred from recovery.

4

### EIGHTH AFFIRMATIVE DEFENSE

5    8.    Defendant is informed and believes, and thereon alleges, that Plaintiff lacks the

6  capacity to sue on the claims alleged and therefore is barred from recovery.

7

### NINTH AFFIRMATIVE DEFENSE

8    9.    Defendant is informed and believes, and thereon alleges, that Plaintiff has failed

9  to join parties with a material interest in the account that is the subject of this litigation, or that

10  there is otherwise a defect or misjoinder of parties requiring that the action be dismissed.

11

### TENTH AFFIRMATIVE DEFENSE

12    12.    Each of Plaintiff's purported claims is barred by applicable statutes of limitations,

13  including, but not limited to *California Code of Civil Procedure* Sections 337, 338, 339, 340,

14  340(c), 343, and 352.1, and *California Commercial Code* Sections 4401, 4401(a), 4406, 4406(d),

15  4406(f), and 4111.

16

### ELEVENTH AFFIRMATIVE DEFENSE

17    11.    If it should be established that Defendant is in any manner legally responsible for

18  Plaintiff's alleged damages, which damages are denied, then Defendant is entitled to indemnity

19  and/or contribution from the other parties named in this litigation or as yet unnamed in this

20  litigation in direct proportion to the negligence or other actionable conduct which proximately

21  caused or contributed to the alleged damages, if any.

22

### TWELFTH AFFIRMATIVE DEFENSE

23    12.    Plaintiff's Complaint and each purported cause of action are barred under the

24  equitable doctrines of waiver, unclean hands or estoppel.

25

### PRAYER

26    WHEREFORE, Defendant prays for judgment as follows:

27    a.    That Defendant has judgment against Plaintiff, and that Plaintiff takes nothing by

28  reason of the Complaint herein;

ANSWER TO COMPLAINT

b.  That Defendant recover its costs; and

c.  That this Court grants Defendant such other and further relief as it may deem just and proper.

Dated: January 2, 2008

FRENCH & LYON
A Professional Corporation


By _____

JAMES H. FRENCH
Attorneys for Defendant,
CAL STATE 9 CREDIT UNION,
a California credit union

-4-

ANSWER TO COMPLAINT

**PROOF OF SERVICE**

1

2 CASE NAME:     Sadie Marie Ford v. Cal State 9 Credit Union
  COURT:         Alameda County Superior Court, Unlimited Jurisdiction
3 CASE NO.:      RG07358634

4      I, MARY WOODWARD, declare:

5      I am over the age of eighteen years and not a party to the within action. I am employed

6 by the law firm of French & Lyon, 22 Battery Street, Suite 404, San Francisco, California 94111.

7      On January 2, 2008, I served the following documents described as: Defendant Cal State

8 9 Credit Union's Answer to Plaintiff's Complaint for Money on the interested parties in this

9 action by placing a true copy thereof, enclosed in a sealed envelope, postage prepaid, and

10 addressed as follows:

11     Christine A. Chorney, Esq.
       Casalina & Disston
12     418 Third Street, Suite 101
       Oakland, CA 94607
13     Telefax: (510) 835-1719

14     X    **Facsimile Transmission** – I caused served the documents in this
            matter via facsimile transmission. True and correct copies of
15          the facsimile transmission coversheet and transmission report,
            indicating that the transmission and receipt of said documents
16          are contained in the file of sender herein and will be filed with
            the Court, if the Court deems it necessary.

17
       _X_  **By First Class Mail** - - I am readily familiar with the firm's
18          practice for collection and processing of correspondence,
            pleading and notices for mailing with the United States Postal
19          Service. It is deposited with the United States Postal Service
            in the ordinary course of business on the same it is processed
20          for mailing. I caused such envelope(s) to be deposited in the
            mail at San Francisco, California. The envelope was mailed
21          with postage thereon fully prepaid.

22     _X_  **State Court** - - I declare under penalty of perjury under the
            laws of the State of California that the foregoing is true and
23          correct and that service was made under the direction of an
            active member of the State Bar of California and who is not a
24          party to the cause.

25
       Executed on January 2, 2008, at San Francisco, California.
26

27                          _Woodward_
                            MARY WOODWARD
28

-5-

Casalina & Disston
Attn: Chorney, Christine A.
418 3rd St., Ste. 101
Oakland, CA  94607

## Superior Court of California, County of Alameda

| | |
|---|---|
| Ford <br><br> Plaintiff/Petitioner(s) <br><br> vs. <br><br> Cal State 9 Credit Union, a California corporation <br> Defendant/Respondent(s) <br> (Abbreviated Title) | No. RG07358634 <br><br> NOTICE OF CASE MANAGEMENT <br> CONFERENCE AND ORDER <br> Unlimited Jurisdiction |

CALENDARED

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| | |
|---|---|
| Date: 04/15/2008    Department: 520 <br> Time: 09:00 AM    Location: Hayward Hall of Justice <br> 3rd Floor <br> 24405 Amador Street, Hayward CA 94544 <br> Internet: http://www.alameda.courts.ca.gov | Judge: David Hunter <br> Clerk: Lindnell Williams <br> Clerk telephone: (510) 690-2729 <br> E-mail: <br> Dept.520@alameda.courts.ca.gov <br> Fax: (510) 267-1531 |

### ORDERS

1.  You must:
    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  Give notice of this conference to any party not included in this notice and file proof of service;
    c.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM-110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 12/03/2007.

By _____

Deputy Clerk

RECEIVED DEC 0 7 2007

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States; over the age of eighteen years; and not a party to the within action. My business address is 418 Third Street, Suite 101, Oakland, California 94607.

On the date set forth below, I served the following:

Notice of Case Management Conference

and Order

on all interested parties by the following manner:

(XX)  U.S. Mail:  By placing a true and correct copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail at Oakland, California.

( )  HAND DELIVERY:  By placing a true and correct copy thereof in a sealed envelope to be delivered by hand to the parties indicated below.

( )  OVERNIGHT MAIL DELIVERY:  By placing a true and correct copy thereof in a sealed envelope with delivery charges prepaid and delivered to a Federal Express carrier for delivery to the parties indicated below.

( )  FACSIMILE TRANSMISSION:  By transmitting a true and correct copy thereof by facsimile transmission from facsimile no. (510) 835-1719 to the parties and facsimile numbers listed below.

CAL STATE 9 CREDIT UNION
3000 Clayton Road
Concord, California 94520
Attn:  Legal Department

I declare under penalty of perjury that the foregoing is true and correct.  Executed at City of Oakland, Alameda County, California on December 4, 2007.

Catherine Addison

## Superior Court of California, County of Alameda



### Notice of Judicial Assignment for All Purposes

Case Number: RG07358634
Case Title:    Ford VS. Cal State 9 Credit Union, a California corporation
Date of Filing: 11/29/2007

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**This case is hereby assigned for all purposes to:**

| | |
|---|---|
| Judge: | David Hunter |
| Department: | 520 |
| Address: | Hayward Hall of Justice |
| | 24405 Amador Street |
| | Hayward CA 94544 |
| Phone Number: | (510) 690-2729 |
| Fax Number: | (510) 267-1531 |
| Email Address: | Dept.520@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: in this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS-COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO

JUDGE David Hunter

DEPARTMENT 520

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

If all parties agree to change a scheduled court date, the parties must first send a fax letter to Department 520 outlining the requested schedule change and then contact the Courtroom Clerk to schedule a telephone conference with the Court.

Please submit a courtesy copy of all filed documents directly to Department 520.

Schedule for Department 520

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays and Thursdays from 10:00 a.m. to 4:30 p.m. and Wednesdays from 10:00 a.m. to 4:00 p.m.
- Case Management Conferences are held: Mondays through Thursdays at 9:00 a.m.
- Law and Motion matters are heard: Fridays at 9:30 a.m.
- Settlement Conferences are heard: Fridays at 1:30 p.m.
- Ex Parte matters are heard: Mondays and Wednesdays at 9:30 a.m.

Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Phone:        (510) 690-2729


- Ex Parte Matters
  Phone:        (510) 690-2729


Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520
- Phone: 1-866-223-2244

Dated: 11/30/2007                    Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 12/03/2007

By _____

Deputy Clerk

Page 3 of 3

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
CAL STATE 9 CREDIT UNION, a California corporation,
and DOES 1 through 20, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SADIE MARIE FORD, as personal representative of
CLYDEL PERRY, deceased

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| ENDORSED FILED ALAMEDA COUNTY  CALENDARED |
| NOV 2 9 2007 |
| CLERK OF THE SUPERIOR COURT |
| By  E. BAKER |
| *Deputy* |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | CASE NUMBER: *(Número del Caso):* |
| --- | --- |
| The name and address of the court is: *(El nombre y dirección de la corte es):* | RG07358634 |

Superior of California
County of Alameda, Unlimited Civil Jurisdiction
1225 Fallon Street, Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christine A. Chorney, Esq.  SBN 070439
CASALINA & DISSTON, 418 Third Street, Suite 101, Oakland, CA 94607  (510) 835-8110  (510) 835-1719

| DATE: NOV 2 9 2007 | Clerk, by E. BAKER | , Deputy |
| --- | --- | --- |
| *(Fecha)* | *(Secretario)* Pat S. Sweeten  Executive Officer/Clerk of the Superior Court | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* CAL STATE CREDIT UNION

under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 12-3-07

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | SUMMONS | Code of Civil Procedure §§ 412.20, 465 American LegalNet, Inc. www.USCourtForms.com |
| --- | --- | --- |

Revd. 3rd of December

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
By ___E. BAKER___
                                    Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CAL STATE 9 CREDIT UNION, a California corporation,
and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SADIE MARIE FORD, as personal representative of
CLYDEL PERRY, deceased

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior of California
County of Alameda, Unlimited Civil Jurisdiction
1225 Fallon Street, Oakland, CA 94612

CASE NUMBER
*(Número del Caso):* **RG07358634**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christine A. Chorney, Esq. SBN 070439
CASALINA & DISSTON, 418 Third Street, Suite 101, Oakland, CA 94607 (510) 835-8110 (510) 835-1719

DATE: **NOV 2 9 2007**          Clerk, by **E. BAKER**          , Deputy
*(Fecha)*          **Pat S. Sweeten** *(Secretario)*     Executive Officer/Clerk of the Superior Court     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)        ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**RECEIVED** DEC 0 5 2007

1   Christine A. Chorney, Esq. SBN 070439
    CASALINA & DISSTON
2   418 Third Street, Suite 101
    Oakland, California 94607
3   Telephone (510) 835-8110
    Facsimile (510) 835-1719
4

5   Attorneys for Petitioner
    Sadie Marie Ford

6

7

8

9

10                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                     IN AND FOR THE COUNTY OF ALAMEDA

12

13  SADIE MARIE FORD, as personal      )   CASE NO. RG07358634
    representative of CLYDEL PERRY,    )
14  deceased,                          )   COMPLAINT FOR MONEY
                                       )
15       Plaintiff,                    )
                                       )
16                                     )
                                       )
17  v.                                 )
                                       )
18                                     )
    CAL STATE 9 CREDIT UNION, a        )
19  California corporation, and        )
    DOES 1 through 20;                 )
20  inclusive,                         )
                                       )
21       Defendants.                   )
                                       )
22
         Plaintiff SADIE MARIE FORD alleges:
23
         1.    Plaintiff is the duly appointed, qualified, and acting
24
    personal representative of the estate of CLYDEL PERRY, deceased,
25
    by virtue of an order duly made that has become final in a
26
    proceeding in the Superior Court of California, County of Alameda,
27
    titled Estate of CLYDEL PERRY, deceased, Case No. RP 06-290762,
28
                                    1

                            Complaint for Money

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
BY E. BAKER
                    Deputy

and brings this action in such capacity. Letters Testamentary were issued to plaintiff therein on November 14, 2006 and are in full force and effect.

2.    Defendant CAL STATE 9 CREDIT UNION is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California and doing business as a credit union, with its principal place of business in Concord, in the County of Contra Costa, California.

3.    Plaintiff is ignorant of the true and names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true and names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by such defendants.

4.    At all times herein mentioned defendants DOES 1 through 20 were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

5.    Plaintiff is informed and believes and thereon alleges that prior to March 6, 2006 plaintiff's decedent, CLYDEL PERRY, had on deposit with defendants CAL STATE 9 CREDIT UNION and DOES 1

2

through 10, inclusive, the sum of $177,662.12, plus interest accrued thereon, in account no. 79097, at defendants' branch located in Concord, California.

6.     Plaintiff is informed and believes and thereon alleges that on or about March 6, 2006 defendants, and each of them, paid the money on deposit in the aforesaid account to one Joyce Jeter or other person who was not authorized or entitled to receive the money on deposit in the aforesaid account.

7.     On or about July 16, 2007 plaintiff, as the personal representative of the estate of CLYDEL PERRY, demanded that defendants and each of them, transfer the sum of $177,662.12, plus interest accrued thereon, to plaintiff.

8.     Defendants have failed and refused, and still fail and refuse to pay to plaintiff the sum of $177,662.12, plus interest accrued thereon, or any part thereof, despite plaintiff's demand; the sum of $177,662.12 plus interest accrued thereon is now due, owing and unpaid from defendants to plaintiff.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.     For the sum of $177,662.12;

2.     For interest on the aforesaid sum at ten (10) present per annum from March 6, 2006;

3.     For costs of suit herein incurred; and

//

//

//

3

Complaint for Money

1  //

2      4.    For such other and further relief as the court deems

3  just and proper.

4

5  Dated:  November 27, 2007              CASALINA & DISSTON

6

7                                  By: _Christine J. Chorney_

8                                       Christine A. Chorney
                                         Attorney for Plaintiff
9                                       Sadie Marie Ford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    4

                           Complaint for Money

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States; over the age of eighteen years; and not a party to the within action.  My business address is 418 Third Street, Suite 101, Oakland, California 94607.

On the date set forth below, I served the following:

Summons, and

Complaint for Money

on all interested parties by the following manner:

(XX)  U.S. Mail:  By placing a true and correct copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail at Oakland, California.

(  )  HAND DELIVERY:  By placing a true and correct copy thereof in a sealed envelope to be delivered by hand to the parties indicated below.

(  )  OVERNIGHT MAIL DELIVERY:  By placing a true and correct copy thereof in a sealed envelope with delivery charges prepaid and delivered to a Federal Express carrier for delivery to the parties indicated below.

(  )  FACSIMILE TRANSMISSION:  By transmitting a true and correct copy thereof by facsimile transmission from facsimile no. (510) 835-1719 to the parties and facsimile numbers listed below.

CAL STATE 9 CREDIT UNION
3000 Clayton Road
Concord, California 94520
Attn:  Legal Department

I declare under penalty of perjury that the foregoing is true and correct.  Executed at City of Oakland, Alameda County, California on December 3, 2007.

Catherine Addison

**CALENDARED**

1   Christine A. Chorney, Esq. SBN 070439
    CASALINA & DISSTON
2   418 Third Street, Suite 101                    ENDORSED
    Oakland, California 94607                        FILED
3   Telephone (510) 835-8110                  ALAMEDA COUNTY
    Facsimile (510) 835-1719
4                                                NOV 2 9 2007
    Attorneys for Petitioner
5   Sadie Marie Ford                        CLERK OF THE SUPERIOR COURT
                                            By E. BAKER
6                                                            Deputy

7

8

9

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                 IN AND FOR THE COUNTY OF ALAMEDA

12

13   SADIE MARIE FORD, as personal    )    CASE NO. RG07358634
     representative of CLYDEL PERRY,  )
14   deceased,                        )    COMPLAINT FOR MONEY
                                      )
15        Plaintiff,                  )
                                      )
16                                    )
                                      )
17   v.                               )
                                      )
18                                    )
     CAL STATE 9 CREDIT UNION, a      )
19   California corporation, and      )
     DOES 1 through 20,               )
20   inclusive,                       )
                                      )
21        Defendants.                 )
                                      )
22   _____)

23        Plaintiff SADIE MARIE FORD alleges:

24        1.   Plaintiff is the duly appointed, qualified, and acting

25   personal representative of the estate of CLYDEL PERRY, deceased,

26   by virtue of an order duly made that has become final in a

27   proceeding in the Superior Court of California, County of Alameda,

28   titled Estate of CLYDEL PERRY, deceased, Case No. RP 06-290762,

                                    1

                          Complaint for Money

and brings this action in such capacity. Letters Testamentary were issued to plaintiff therein on November 14, 2006 and are in full force and effect.

2.    Defendant CAL STATE 9 CREDIT UNION is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California and doing business as a credit union, with its principal place of business in Concord, in the County of Contra Costa, California.

3.    Plaintiff is ignorant of the true and names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true and names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by such defendants.

4.    At all times herein mentioned defendants DOES 1 through 20 were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

5.    Plaintiff is informed and believes and thereon alleges that prior to March 6, 2006 plaintiff's decedent, CLYDEL PERRY, had on deposit with defendants CAL STATE 9 CREDIT UNION and DOES 1

2

through 10, inclusive, the sum of $177,662.12, plus interest accrued thereon, in account no. 79097, at defendants' branch located in Concord, California.

6.    Plaintiff is informed and believes and thereon alleges that on or about March 6, 2006 defendants, and each of them, paid the money on deposit in the aforesaid account to one Joyce Jeter or other person who was not authorized or entitled to receive the money on deposit in the aforesaid account.

7.    On or about July 16, 2007 plaintiff, as the personal representative of the estate of CLYDEL PERRY, demanded that defendants and each of them, transfer the sum of $177,662.12, plus interest accrued thereon, to plaintiff.

8.    Defendants have failed and refused, and still fail and refuse to pay to plaintiff the sum of $177,662.12, plus interest accrued thereon, or any part thereof, despite plaintiff's demand; the sum of $177,662.12 plus interest accrued thereon is now due, owing and unpaid from defendants to plaintiff.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.    For the sum of $177,662.12;

2.    For interest on the aforesaid sum at ten (10) present per annum from March 6, 2006;

3.    For costs of suit herein incurred; and

//

//

//

3

1    //

2         4.    For such other and further relief as the court deems

3    just and proper.

4

5    Dated:  November 27, 2007              CASALINA & DISSTON

6

7                                    By: _____

8                                        Christine A. Chorney
                                         Attorney for Plaintiff
9                                        Sadie Marie Ford

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   4

                          Complaint for Money

## *Superior Court of California, County of Alameda*



## *Notice of Judicial Assignment for All Purposes*

Case Number: RG07358634
Case Title:     Ford VS Cal State 9 Credit Union, a California corporation
Date of Filing: 11/29/2007

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**This case is hereby assigned for all purposes to:**

| | |
|---|---|
| **Judge:** | **David Hunter** |
| **Department:** | **520** |
| **Address:** | **Hayward Hall of Justice** |
| | **24405 Amador Street** |
| | **Hayward  CA  94544** |
| **Phone Number:** | **(510) 690-2729** |
| **Fax Number:** | **(510) 267-1531** |
| **Email Address:** | **Dept.520@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law.  (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

<u>**General Procedures**</u>

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO

JUDGE David Hunter

DEPARTMENT 520

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

If all parties agree to change a scheduled court date, the parties must first send a fax letter to Department 520 outlining the requested schedule change and then contact the Courtroom Clerk to schedule a telephone conference with the Court.

Please submit a courtesy copy of all filed documents directly to Department 520.

### Schedule for Department 520

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays and Thursdays from 10:00 a.m. to 4:30 p.m. and Wednesdays from 10:00 a.m. to 4:00 p.m.
- Case Management Conferences are held: Mondays through Thursdays at 9:00 a.m.
- Law and Motion matters are heard: Fridays at 9:30 a.m.
- Settlement Conferences are heard: Fridays at 1:30 p.m.
- Ex Parte matters are heard: Mondays and Wednesdays at 9:30 a.m.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Phone:       (510) 690-2729

- Ex Parte Matters
  Phone:       (510) 690-2729

### Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520
- Phone: 1-866-223-2244

Dated: 11/30/2007

Executive Officer / Clerk of the Superior Court

By     _(signature)_

_____
Deputy Clerk

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 12/03/2007

By     _(signature)_

_____
Deputy Clerk

PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States; over the age of eighteen years; and not a party to the within action. My business address is 418 Third Street, Suite 101, Oakland, California 94607.

On the date set forth below, I served the following:

Notice of Case Management Conference

and Order

on all interested parties by the following manner:

(XX) U.S. Mail: By placing a true and correct copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail at Oakland, California.

( ) HAND DELIVERY: By placing a true and correct copy thereof in a sealed envelope to be delivered by hand to the parties indicated below.

( ) OVERNIGHT MAIL DELIVERY: By placing a true and correct copy thereof in a sealed envelope with delivery charges prepaid and delivered to a Federal Express carrier for delivery to the parties indicated below.

( ) FACSIMILE TRANSMISSION: By transmitting a true and correct copy thereof by facsimile transmission from facsimile no. (510) 835-1719 to the parties and facsimile numbers listed below.

CAL STATE 9 CREDIT UNION
3000 Clayton Road
Concord, California 94520
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed at City of Oakland, Alameda County, California on December 4, 2007.

Catherine Addison

Casalina & Disston
Attn: Chorney, Christine A.
418 3rd St., Ste. 101
Oakland, CA   94607

## Superior Court of California, County of Alameda

| | |
|---|---|
| Ford | No. RG07358634 |
| Plaintiff/Petitioner(s) | |
| vs. | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Cal State 9 Credit Union, a California corporation | Unlimited Jurisdiction |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: 04/15/2008<br>Time: 09:00 AM | Department: 520<br>Location: Hayward Hall of Justice<br>3rd Floor<br>24405 Amador Street, Hayward  CA  94544 | Judge: David Hunter<br>Clerk: Lindnell Williams<br>Clerk telephone: **(510) 690-2729**<br>E-mail:<br>**Dept.520@alameda.courts.ca.gov**<br>Fax:  **(510) 267-1531** |
| | Internet: **http://www.alameda.courts.ca.gov** | |

### ORDERS

1.  You must:
    a.  **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  **Give notice** of this conference to any party not included in this notice and file proof of service;
    c.  **Meet and confer,** in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 12/03/2007.

By _____

Deputy Clerk

**RECEIVED** DEC 0 7 2007

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CAL STATE 9 CREDIT UNION, a California corporation,
and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SADIE MARIE FORD, as personal representative of
CLYDEL PERRY, deceased

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
By E. BAKER
*(Deputy)*

CALENDARED

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California. (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior of California
County of Alameda, Unlimited Civil Jurisdiction
1225 Fallon Street, Oakland, CA 94612

CASE NUMBER
*(Número del Caso):* RG07358634

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christine A. Chorney, Esq. SBN 070439
CASALINA & DISSTON, 418 Third Street, Suite 101, Oakland, CA 94607 (510) 835-8110 (510) 835-1719

DATE: NOV 2 9 2007                Clerk, by E. BAKER , Deputy
*(Fecha)*          Pat S. Sweeten    *(Secretario)*  Executive Officer/Clerk of the Superior Court  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* CAL STATE CREDIT UNION

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 12-3-07

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Rcvd 3rd of December
E & Hoh

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CAL STATE 9 CREDIT UNION, a California corporation,
and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SADIE MARIE FORD, as personal representative of
CLYDEL PERRY, deceased

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
By E. BAKER
Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior of California<br>County of Alameda, Unlimited Civil Jurisdiction<br>1225 Fallon Street, Oakland, CA 94612 | CASE NUMBER:<br>*(Número del caso):*<br>RG07358634 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Christine A. Chorney, Esq. SBN 070439
CASALINA & DISSTON, 418 Third Street, Suite 101, Oakland, CA 94607 (510) 835-8110 (510) 835-1719

| DATE: NOV 2 9 2007<br>*(Fecha)* | Clerk, by E. BAKER Executing Officer/Clerk of the Superior Court<br>*(Secretario)* Pat S. Sweeten | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

RECEIVED DEC 0 5 2007

1  Christine A. Cherney, Esq. SBN 070439
2  CASALINA & DISSTON
   418 Third Street, Suite 101
3  Oakland, California 94607
   Telephone (510) 835-8110
4  Facsimile (510) 835-1719

5  Attorneys for Petitioner
   Sadie Marie Ford

6

7

8

9

10

11

12

13            SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                 IN AND FOR THE COUNTY OF ALAMEDA

13  SADIE MARIE FORD, as personal    )  CASE NO. 1G07358634
    representative of CLYDEL PERRY,  )
14  deceased,                        )  COMPLAINT FOR MONEY
                                     )
15            Plaintiff,             )
                                     )
16                                   )
                                     )
17  v.                               )
                                     )
18                                   )
    CAL STATE 9 CREDIT UNION, a      )
19  California corporation, and      )
    DOES 1 through 20,               )
20  inclusive,                       )
                                     )
21            Defendants.            )
                                     )
22

23       Plaintiff SADIE MARIE FORD alleges:

24       1.   Plaintiff is the duly appointed, qualified, and acting

25  personal representative of the estate of CLYDEL PERRY, deceased,

26  by virtue of an order duly made that has become final in a

27  proceeding in the Superior Court of California, County of Alameda,

28  titled Estate of CLYDEL PERRY, deceased, Case No. RP 06-290762,

                              1
                    _____
                     Complaint for Money

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 0 2007

CLERK OF THE SUPERIOR COURT
By E. BAKER
              Deputy

and brings this action in such capacity. Letters Testamentary were issued to plaintiff therein on November 14, 2006 and are in full force and effect.

2. Defendant CAL STATE 9 CREDIT UNION is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California and doing business as a credit union, with its principal place of business in Concord, in the County of Contra Costa, California.

3. Plaintiff is ignorant of the true and names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true and names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by such defendants.

4. At all times herein mentioned defendants DOES 1 through 20 were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

5. Plaintiff is informed and believes and thereon alleges that prior to March 6, 2006 plaintiff's decedent, CLYDEL PERRY, had on deposit with defendants CAL STATE 9 CREDIT UNION and DOES 1

2

through 10, inclusive, the sum of $177,662.12, plus interest accrued thereon, in account no. 79097, at defendants' branch located in Concord, California.

6.   Plaintiff is informed and believes and thereon alleges that on or about March 6, 2006 defendants, and each of them, paid the money on deposit in the aforesaid account to one Joyce Jeter or other person who was not authorized or entitled to receive the money on deposit in the aforesaid account.

7.   On or about July 16, 2007 plaintiff, as the personal representative of the estate of CLYDEL PERRY, demanded that defendants and each of them, transfer the sum of $177,662.12, plus interest accrued thereon, to plaintiff.

8.   Defendants have failed and refused, and still fail and refuse to pay to plaintiff the sum of $177,662.12, plus interest accrued thereon, or any part thereof, despite plaintiff's demand; the sum of $177,662.12 plus interest accrued thereon is now due, owing and unpaid from defendants to plaintiff.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.   For the sum of $177,662.12;

2.   For interest on the aforesaid sum at ten (10) present per annum from March 6, 2006;

3.   For costs of suit herein incurred; and

//
//
//

3

Complaint for Money

//

4.    For such other and further relief as the court deems just and proper.

Dated:  November 27, 2007                    CASALINA & DISSTON

By: _____
    Christine A. Chorney
    Attorney for Plaintiff
    Sadie Marie Ford

4

Complaint for Money

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. My business address is 418 Third Street, Suite 101, Oakland, California 94607.

On the date set forth below, I served the following:

Summons, and

Complaint for Money

on all interested parties by the following manner:

(XX) U.S. Mail: By placing a true and correct copy thereof enclosed in a sealed envelope, postage prepaid, in the United States mail at Oakland, California.

( ) HAND DELIVERY: By placing a true and correct copy thereof in a sealed envelope to be delivered by hand to the parties indicated below.

( ) OVERNIGHT MAIL DELIVERY: By placing a true and correct copy thereof in a sealed envelope with delivery charges prepaid and delivered to a Federal Express carrier for delivery to the parties indicated below.

( ) FACSIMILE TRANSMISSION: By transmitting a true and correct copy thereof by facsimile transmission from facsimile no. (510) 835-1719 to the parties and facsimile numbers listed below.

CAL STATE 9 CREDIT UNION
3000 Clayton Road
Concord, California 94520
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed at City of Oakland, Alameda County, California on December 3, 2007.

Catherine Addison

1  Christine A. Chorney, Esq. SBN 070439
   CASALINA & DISSTON
2  418 Third Street, Suite 101
   Oakland, California 94607
3  Telephone (510) 835-8110
   Facsimile (510) 835-1719
4

5  Attorneys for Petitioner
   Sadie Marie Ford
6

7

8

9

ENDORSED
FILED
ALAMEDA COUNTY

NOV 2 9 2007

CLERK OF THE SUPERIOR COURT
BY E. BAKER
                    Deputy

10             SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                IN AND FOR THE COUNTY OF ALAMEDA

12

13  SADIE MARIE FORD, as personal    )    CASE NO. RG07358634
    representative of CLYDEL PERRY,  )
14  deceased,                        )    COMPLAINT FOR MONEY
                                     )
15       Plaintiff,                  )
                                     )
16                                   )
                                     )
17  v.                               )
                                     )
18                                   )
    CAL STATE 9 CREDIT UNION, a      )
19  California corporation, and      )
    DOES 1 through 20,               )
20  inclusive,                       )
                                     )
21       Defendants.                 )
                                     )
22  _____)

23       Plaintiff SADIE MARIE FORD alleges:

24       1.   Plaintiff is the duly appointed, qualified, and acting

25  personal representative of the estate of CLYDEL PERRY, deceased,

26  by virtue of an order duly made that has become final in a

27  proceeding in the Superior Court of California, County of Alameda,

28  titled Estate of CLYDEL PERRY, deceased, Case No. RP 06-290762,

                              1
                    _____
                        Complaint for Money

and brings this action in such capacity. Letters Testamentary were issued to plaintiff therein on November 14, 2006 and are in full force and effect.

2. Defendant CAL STATE 9 CREDIT UNION is, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of California and doing business as a credit union, with its principal place of business in Concord, in the County of Contra Costa, California.

3. Plaintiff is ignorant of the true and names and capacities of defendants sued herein as DOES 1 through 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true and names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of such fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by such defendants.

4. At all times herein mentioned defendants DOES 1 through 20 were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their co-defendants.

5. Plaintiff is informed and believes and thereon alleges that prior to March 6, 2006 plaintiff's decedent, CLYDEL FERRY, had on deposit with defendants CAL STATE 9 CREDIT UNION and DOES 1

2

through 10, inclusive, the sum of $177,662.12, plus interest accrued thereon, in account no. 79097, at defendants' branch located in Concord, California.

6.    Plaintiff is informed and believes and thereon alleges that on or about March 6, 2006 defendants, and each of them, paid the money on deposit in the aforesaid account to one Joyce Jeter or other person who was not authorized or entitled to receive the money on deposit in the aforesaid account.

7.    On or about July 16, 2007 plaintiff, as the personal representative of the estate of CLYDEL PERRY, demanded that defendants and each of them, transfer the sum of $177,662.12, plus interest accrued thereon, to plaintiff.

8.    Defendants have failed and refused, and still fail and refuse to pay to plaintiff the sum of $177,662.12, plus interest accrued thereon, or any part thereof, despite plaintiff's demand; the sum of $177,662.12 plus interest accrued thereon is now due, owing and unpaid from defendants to plaintiff.

WHEREFORE, plaintiff prays judgment against defendants, and each of them, as follows:

1.    For the sum of $177,662.12;

2.    For interest on the aforesaid sum at ten (10) present per annum from March 6, 2006;

3.    For costs of suit herein incurred; and

//
//
//

3

Complaint for Money

//

4.    For such other and further relief as the court deems just and proper.

Dated:    November 27 , 2007            CASALINA & DISSTON

                                        By: _____
                                            Christine A. Chorney
                                            Attorney for Plaintiff
                                            Sadie Marie Ford

4

Complaint for Money

✎ JS 44   (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Sadie Marie Ford as personal representative of Clydel Perry, deceased

### DEFENDANTS
Cal State 9 Credit Union, a California Corporation; and DOES 1 through 20, inclusive

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Christine A. Chorney
Casalina & Disston
418 Third Street, Ste. 101
Oakland, CA  94607      Tel: (510) 835-8100

Attorneys (If Known)

Timothy J. McCaffery and Leora R. Ragones
Lombardi, Loper & Conant, LLP
1999 Harrison Street, Ste. 2600
Oakland, CA  94612      Tel: (510) 433-2600

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☒ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| | | **IMMIGRATION** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus – Alien Detainee<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original Proceeding
☒ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 USC Section 1787, Section 1789
Brief description of cause:
Complaint for money paid out of deceased credit union member account

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE
July 2, 2008

SIGNATURE OF ATTORNEY OF RECORD