TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant
CAL STATE 9 CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE MARIE FORD, as personal representative of CLYDEL PERRY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C08-03635<br><br>**DEFENDANT CAL STATE 9 CREDIT UNION'S DEMAND FOR JURY TRIAL** |

Defendant CAL STATE 9 CREDIT UNION through its Liquidating Agent, the National Credit Union Administration Board, hereby demands a trial by jury.

DATED: July 29, 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____
LEORA R. RAGONES
Attorneys for Defendant
CAL STATE 9 CREDIT UNION