TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
CAL STATE 9 CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE MARIE FORD, as personal representative of CLYDEL PERRY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C08-03635<br><br>**DEFENDANT CAL STATE 9 CREDIT UNION'S CERTIFICATION OF INTERESTED ENTITIES** |

Defendant Cal State 9 Credit Union through its Liquidating Agent, the National Credit Union Administration Board, hereby submits this Certification of Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, and the National Credit Union Administration there is no such interest to report.

DATED: July 29, 2008

LOMBARDI, LOPER & CONANT, LLP

By: _____
LEORA R. RAGONES
Attorneys for Defendant
CAL STATE 9 CREDIT UNION

00525-37551 LRAGONES 557464.1        1        Case No.

DEFENDANT CAL STATE 9 CREDIT UNION'S CERTIFICATION OF INTERESTED ENTITIES