TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
CAL STATE 9 CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SADIE MARIE FORD, as personal representative of CLYDEL PERRY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C08-03635 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE PARTY**<br><br>Date: September 5, 2008<br>Time: 10 a.m.<br>Dept.: Courtroom 1, 17th Floor<br>San Francisco<br>Judge: Samuel Conti |

The motion of the National Credit Union Administration Board (NCUA) as liquidating agent came on for hearing on September 5, 2008 in Courtroom 1 of the above entitled Court.

After presentation of counsel, the Court having considered the moving, opposition, reply papers and attendant documents and the arguments of counsel, IT IS HEREBY ORDERED that Defendant's Motion to substitute NCUA as the Defendant in this case is hereby GRANTED.

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE