CHRISTINE A. CHORNEY, State Bar No. 070439
CASALINA & DISSTON
418 Third Street, Suite 101
Oakland, California 94607
Telephone (510) 835-8110
Facsimile (510) 835-1719

Attorneys for Plaintiff
Sadie Marie Ford, as Personal Representative of the
Estate of Clydel Perry, Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SADIE MARIE FORD, as Personal Representative of CLYDEL PERRY, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAL STATE 9 CREDIT UNION, a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.  C08-cv-03635 SC<br><br>**STIPULATION FOR DISMISSAL**<br><br>Judge:　　Samuel Conti |

   IT IS HEREBY STIPULATED AND AGREED that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any attorney's fees and other expenses of the litigation.

DATED: February 10, 2010　　　　　　　　　CASALINA & DISSTON


By:___/s/ Christine A. Chorney_____
　　CHRISTINE A. CHORNEY
　　Attorneys for Plaintiff
　　SADIE MARIE FORD

IT IS SO ORDERED
Judge Samuel Conti

```
 1
 2  DATED: February 10, 2010              LOMBARDI, LOPER & CONANT, LLP
 3
 4                                        By:      /s/ Leora R. Ragones
                                                 LEORA R. RAGONES
 5                                               Attorneys for Defendant
                                                 CAL STATE 9 CREDIT UNION
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```